PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301
email: peterl@lambertokreger.com

Attorneys for Plaintiff Matthew Wright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON AVENUE, INC., dba VERISON ENHANCED COMMUNITIES, and Does 1-25,<br><br>Defendants. | Case No. **5:09-cv-04809 JF**<br><br>**Stipulation and (Proposed) Order to Continue Case Management Conference**<br><br>Date of CMC: Jan. 29, 2010<br>Time: 10:30 a.m.<br>Ctrm: 3<br>Judge: Hon. Jeremy Fogel |

PURSUANT TO STIPULATION BY ALL COUNSEL, the parties request that the Court continue the Initial Case Management Conference in this matter from January 29, 2010, at 10:30 a.m., until February 5, 2010, at 10:30 a.m.

Dated: January 27, 2010          LAMBERTO & KREGER

                                 By: /S/
                                 _____
                                 PETER N. LAMBERTO
                                 Attorneys for Plaintiff Matthew Wright

/////

Stip and Order re Continuance of CMC

| | | |
|---|---|---|
| 1 | Dated: January 27, 2010 | FITZGERALD ABBOTT & BEARDSLEY, LLP |
| 2 | | |
| 3 | | By: /S/ |
| 4 | | Mark Delgado<br>Attorneys for Verizon Avenue Corp.,<br>dba Verizon Enhanced Communities |
| 5 | | |
| 6 | **IT IS SO ORDERED:** | |
| 7 | Dated: Jan. 28 , 2010 | |
| 8 | | JEREMY FOGEL<br>JUDGE OF THE SUPERIOR COURT |