PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301
email: peterl@lambertokreger.com

**5/6/2010**

Attorneys for Plaintiff Matthew Wright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>VERIZON AVENUE, INC., dba VERISON ENHANCED COMMUNITIES, and Does 1-25,<br><br>    Defendants. | Case No. **5:09-cv-04809 JF**<br><br>**Stipulation and (Proposed) Order to Continue Case Management Conference**<br><br>Date of CMC: May 7, 2010<br>Time: 10:30 a.m.<br>Ctrm: 3<br>Judge: Hon. Jeremy Fogel |

PURSUANT TO STIPULATION BY ALL COUNSEL, the parties request that the Court continue the Case Management Status Conference in this matter from May 7, 2010, at 10:30 a.m., until July 16, 2010, at 10:30 a.m.  This continuance is necessary due to an illness of the mediator selected, resulting in the continuance of the mediation in the matter to July 9, 2010.

Dated: May 5, 2010                    LAMBERTO & KREGER

                                                       /S/
                                       By: _____
                                             PETER N. LAMBERTO
                                             Attorneys for Plaintiff Matthew Wright

Stip and Order re Continuance of CMC

1  Dated: May 5, 2010                    FITZGERALD ABBOTT & BEARDSLEY, LLP

                                         By: /S/
                                         _____
                                         Mark Delgado
                                         Attorneys for Verizon Avenue Corp.,
                                         dba Verizon Enhanced Communities

**IT IS SO ORDERED:**

Dated: May  6 , 2010

_____
JEREMY FOGEL
JUDGE OF THE SUPERIOR COURT

Stip and Order re Continuance of CMC          - 2 -